UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA      )
                                    )
v.                                  )        No. 3:12-00013
                                    )        JUDGE CAMPBELL
NICKLESS WHITSON              )

<u>ORDER</u>

The Court will hold a status conference in this case on January 2, 2013, at 3:00 p.m. The

Defendant shall be prepared to discuss whether he wants to tried with the Co-Defendants on

January 8, 2013, or on an alternative date.

It is so ORDERED.


_____

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE