UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013-2 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

ORDER

Pending before the Court is a Motion to Continue Status Hearing (Docket No. 329). The Motion is GRANTED.

The status conference scheduled for January 2, 2013, is RESCHEDULED for January 24, 2013, at 1:00 p.m. At the status conference, the parties should be prepared to state whether they request an evidentiary hearing on Defendant's competence to stand trial. 18 U.S.C. § 4241(c).

The Court intends to set the Defendant to be tried on June 25, 2013, with the other Defendants in this case. See contemporaneous Order .

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE