UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

ORDER

Pending before the Court is Defendant Nickless Whitson's Motion to Continue Hearing (Docket No. 372). This case will benefit from a status conference. Accordingly, the Motion to Continue is denied.

    IT IS SO ORDERED.


                                                                                    TODD J. CAMPBELL
                                                                                    UNITED STATES DISTRICT JUDGE