UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013-2 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

## ORDER

The Court held a status conference in this case on February 25, 2013. An evidentiary hearing on the Defendant's competence is set for May 10, 2013, at 9:00 a.m. See the Forensic Report (Docket No. 316) filed on December 21, 2012. See 18 U.S.C. § 4241(c).

Defendant Nickless Whitson is rejoined with the other Defendants for a jury trial on July 30, 2013, at 9:00 a.m., for a change of plea hearing and/or pretrial conference on July 8, 2013, at 1:00 p.m., and for a status conference on June 14, 2013, at 1:00 p.m. See Docket Nos. 354 and 360.

Also, pending before the Court is Defendant Nickless Whitson's Motion to Extend Pre-Trial Motions Deadline (Docket No. 371). The Motion is GRANTED. The deadline for filing pretrial motions is extended to April 1, 2013, for Defendant Nickless Whitson only.

IT IS SO ORDERED.

                                                                                                                      _/s/ Todd Campbell_
                                                                                                                      TODD J. CAMPBELL
                                                                                                                      UNITED STATES DISTRICT JUDGE