UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

ORDER

Pending before the Court is the Government's Motion For Extension Of Time To Respond To Defendant Nickless Whitson's Motion To Dismiss, Motion To Sever, Motion To Produce and Motion For Disclosures (Docket No. 460). Through the Motion, the Government requests an extension of time, until June 24, 2013, in which to respond to the identified motions. The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE