UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

ORDER

Pending before the Court is the Government's Motion For Additional Extension Of Time To Respond To Defendant Nickless Whitson's Motion To Produce (Docket No. 477). The Motion is GRANTED. Accordingly, the Government shall file any response to the Defendant's Motion To Produce (Docket No. 430) on or before July 5, 2013.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE