UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

### ORDER

Pending before the Court is the Government's Status Report On Defendant's Motion To Produce And Corresponding Motion To Extend Time To Submit A Response To Defendant's Motion (Docket No. 486). Through the Motion, the Government requests an extension of time, until July 15, 2013, in which to respond to the Defendant's Motion To Produce (Docket No. 430). The Motion is GRANTED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE