UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

## ORDER

Pending before the Court is counsel for Defendant's Motion for Status Conference (Docket No. 583). The Motion is GRANTED.

The Court will hold a status conference on February 20, 2014, at 11:00 a.m. for Defendant Nickless Whitson only. Defendant Nickless Whitson shall be present for the hearing.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE