UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

ORDER

The Court is in receipt of a letter (Docket No. 576) from Defendant pro se. The Government has filed a Response (Docket No. 582) to Defendant's letter.

The Court held a hearing on February 20, 2014, to discuss the issues raised in the Defendant's letter. For the reasons stated on the record, no further action by the Court is required regarding the letter.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE