UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON and | ) | |
| ANGELA WHITSON | ) | |

ORDER

Pending before the Court are Nickless Whitson's Motion to Join Defendant Angela Whitson's Motion in Limine (Docket No. 606) and Defendant Angela Whitson's Motion to Join Co-Defendant Nickless Whitson's Motions (Docket No. 611). The Motions are GRANTED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE