UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

ORDER

Pending before the Court is a letter (Docket No. 756) from Defendant Nickless Whitson requesting new counsel, and a Motion to Substitute Counsel (Docket No. 790) filed by Attorney by Stephanie H. Gore. The Court held a hearing on October 2, 2014.

At the hearing, the Defendant withdrew the request for new counsel. For the reasons described on the record at the hearing, the Motion To Substitute Counsel (Docket No. 790) is GRANTED, and Michael E. Terry is appointed as counsel for Defendant Nickless Whitson, and Attorney Stephanie H. Gore is no longer appointed as CJA counsel to represent the Defendant.

Counsel for Defendant Nickless Whtison has filed a Motion to Suppress and for Franks Hearing (Docket No. 796). The Court will hold a hearing on the Motion to Suppress on October 27, 2014, at 9:00 a.m. A decision on whether to hold a Franks hearing will be made at that time.

All motions filed by Defendant Nickless Whitson are denied, without prejudice, on the basis that he is represented by counsel. All motions filed on behalf of Defendant Nickless Whitson shall be filed by counsel.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE