UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Suppress And For *Franks* Hearing (Docket No. 796), and the Government's Response (Docket No. 801) indicating that the Government does not intend to introduce the evidence seized from the search warrant executed at the Defendant's residence in December, 2011.

Given the Government's Response, the Court intends to cancel the hearing set for October 27, 2014, unless one of the parties files a written objection on or before October 21, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE