UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

## ORDER

Pending before the Court is Defendant Nickless Whitson's Response To The United States Motion To Suppress And Request For A Franks Hearing (Docket No. 805), filed by the Defendant, *pro se*. The requests made in the Response are DENIED, without prejudice to refiling by counsel for the Defendant. In any event, the Court has already ruled that the Motion To Suppress is moot in light of the Government's representation that it will not introduce at trial the evidence seized pursuant to the search warrant challenged in the Motion. (See Docket No. 804).

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE