UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00013 |
| | ) | JUDGE CAMPBELL |
| NICKLESS WHITSON | ) | |

ORDER

Pending before the Court is Defendant Nickless Whitson's Motion To Dismiss The Indictment On The Grounds Of False And Prejudiced Testimony Before The Grand Jury (Docket No. 818), filed by the Defendant, *pro se*. The Motion is DENIED, without prejudice to refiling by counsel for the Defendant.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE